THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RICHARD C. BENNETT, Defendant-Appellant.

(No. 57541; )

First District (1st Division)—August 6, 1973.

Opinion by Mr. JUSTICE GOLDBERG.
BURKE, P. J., took no part.

James J. Doherty, Public Defender, of Chicago, (Xavier Velasco and Suzanne Xinos, Assistant Public Defenders, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, William K. Hedrick, and William D. Wolter, Assistant State's Attorneys, of counsel,) for the People.